UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:20-cv-00253-Oc-30PRL

DAVID POSCHMANN,

        Plaintiff,

v.

MILL DAM MHP, LLC

        Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

July 6, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Jesse I. Unruh |
| Drew M. Levitt | Jesse I. Unruh |
| Florida Bar No. 782246 | Florida Bar No. 93121 |
| drewmlevitt@gmail.com | jesse@spirelawfirm.com |
| Lee D. Sarkin | Spire Law, LLC |
| Florida Bar No. 962848 | 12249 Science Drive, Suite 155 |
| lsarkin@aol.com | Orlando, Florida 32826 |
| 4700 N.W. Boca Raton Boulevard | Attorneys for Defendant |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |